■ In the Matter of BERNMANETTE FLOREZ, Respondent, v ALI CAMERON, Appellant. [852 NYS2d 771]—

Application by appellant's assigned counsel to withdraw is granted (*see Matter of Louise Wise Servs. [Whyte]*, 131 AD2d 306 [1987]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Saxe, J.P., Gonzalez, Buckley and Acosta, JJ.